Nolan, P. J., Beldock, Ughetta, Christ and Brennan, JJ., concur.

■ (A) THOMAS J. BRENNAN, Appellant, v. BRONIA SOIHETMAN, Respondent. (B) SALVATORE BUCCELLATO, Appellant, v. 110 WILLIAM STREET CORPORATION et al., Respondents. (C) JOEL A. WINSTON et al., Respondents, v. HERBERT L. GRAYSON et al., Appellants.— Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

■ THEODORE BROOKS, Respondent, v. MARY DE LUKEY et al., Appellants.— Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

■ HOWARD BROWNE et al., Respondents, v. JOSEPH ADAMS, Defendant, and ALMA L. WILLIAMS, Appellant. ALMA L. WILLIAMS, Appellant, et al., Plaintiff, v. JOSEPH ADAMS, Respondent.— The appeal will be heard on the original papers (including a typed transcript of the trial minutes) and on appellant's typewritten brief which shall include a copy of the opinion, if any, of the trial court. Appellant shall file six typewritten copies of her brief and serve one typewritten copy on the respondents. Ben Lieblein, Esq., having consented to act without compensation, is assigned as counsel to prosecute the appeal. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

■ DAVID CABAN, an Infant, by His Guardian ad Litem, BRIGIDA CABAN, et al., Appellants, v. GEORGE BARTZON, Respondent.— Beldock, Acting P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.

■ GASPER CAMARDO, Respondent, v. AUGUST F. NUCCITELLI, Appellant.— Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

■ (A) MICHAEL COLETTI, Respondent, v. ALLAN MARINE, INCORPORATED, Appellant. (B) MICHAEL COLETTI, Respondent, v. ADEPT CASTINGS, INC., Appellant. (C) LORENZO F. DAVIS, JR., et al., Respondents, v. JESSIE ROGERS et al., Appellants. (D) JERICHO PLUMBERS SUPPLY CO., Respondent, v. ERWIN DRESSEL, Appellant, et al., Defendants. (E) SALLY S. KROUL, Appellant, v. IRA KROUL, Respondent. (F) PATRICK LILLY, Appellant, v. GERARD REILLY, REILLY CO., INC., et al., Respondents. (G) BILLIE J. LOEW, Respondent, v. ROBERT B. LOEW, Appellant. (H) LORRAINE OVERTON, Appellant, v. LEO V. SMYKLA, Respondent. (I) MURRAY PUSTILNIK, Appellant, v. WALDMAN'S MURIDA HOTEL, INC., Respondent. (J) EDMUND ROSENBLUM, Respondent, v. IRVING YESK, Appellant, et al., Defendants.— Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

■ (A) MORRIS COPPERMAN et al., Appellants, v. ROYAL ASSURANCE Co., Respondent. (B) WILLIAM MURRAY, Appellant, v. PENNSYLVANIA RAILROAD, Respondent.—